IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 01-82
)
LUVENA NEWTON )

ORDER

AND NOW, to wit, this 16th day of Dec, 2011, upon consideration of the Motion to Dismiss Indictment, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the charges contained in the Indictment at Criminal No. 01-82 only as against defendant Luvena Newton are hereby DISMISSED.

_____
United States District Judge

cc: Defense Counsel
U.S. Attorney
U.S. Marshals
Pretrial Services